# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**SANA FOUAD BRIKHO,**

              **Plaintiff(s),**     **CASE NO. 04-CV-72124-DT**

      **vs.**     **DENISE PAGE HOOD**
              **UNITED STATES DISTRICT JUDGE**

**CITY OF DETROIT,**

              **Defendant(s).**
_____/

## ORDER OF DISMISSAL

The Plaintiff and the Defendant having entered in a Stipulation to Dismiss all claims in the above entitled cause pusurant to FRCP41(a),

Accordingly, the above-entitled action is dismissed without prejudice and without costs.

              s/ DENISE PAGE HOOD
              DENISE PAGE HOOD
              UNITED STATES DISTRICT JUDGE

Dated: October 31, 2005

I hereby certify that a copy of the foregoing document was served upon Scott A. Brooks, Esq., Rachel N. Helton, Esq. and Kathryn M. Niemer, Esq. and Valerie Colbert-Osamuede, Esq. on October 31, 2005, by electronic and/or ordinary mail.

              s/William F. Lewis
              Case Manager